MIN-LEE ASSOCIATES, INC., Respondent, v. CITY OF NEW YORK, Appellant. —

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.